# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAN SA HOANG,<br><br>　　　　　Petitioner,<br>　　v.<br>THOMAS HOMAN, et al.,<br><br>　　　　　Respondents. | Case No. SA CV 18-00565 MWF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: August 20, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE